# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SURJEET SURJEET,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )     **Case No. CIV-26-1783-G** |
| | ) |
| **WARDEN, Diamondback Correctional** | ) |
| **Facility, 1000 E. Diamondback Road,** | ) |
| **Watonga, Oklahoma 73772, in their** | ) |
| **official capacity, et al.,** | ) |
| | ) |
| **Respondents.** | ) |

## ORDER

Petitioner Surjeet Surjeet, appearing through counsel, initiated this habeas proceeding pursuant to 28 U.S.C. § 2241 on July 14, 2026. *See* Pet. (Doc. No. 1).

The record before the Court reflects that Petitioner has not paid the required filing fee of $5.00, or, alternatively, filed an application to proceed *in forma pauperis*. *See* LCvR 3.2, 3.3, 3.5.

IT IS THEREFORE ORDERED that, within seven (7) days of this Order, Petitioner shall pay the required filing fee of $5.00, or, alternatively, file an application to proceed *in forma pauperis*.

IT IS SO ORDERED this 24th day of July, 2026.

CHARLES B. GOODWIN
United States District Judge